

# Fourth Court of Appeals
## San Antonio, Texas

October 13, 2022

No. 04-22-00490-CV

**IN THE INTEREST OF B.H. JR.**, a Child

From the 198th Judicial District Court, Bandera County, Texas
Trial Court No. CVPC-21-0000219
Honorable Robert J. Falkenberg, Judge Presiding

# O R D E R

Appellee's brief was due on October 12, 2022, and appellee filed an unopposed motion requesting a sixteen-day extension of time on October 11, 2022. After consideration, we **grant** the motion and **order** appellee to file its brief **by October 28, 2022.**

It is so **ORDERED** on October 13, 2022.

**PER CURIAM**

ATTESTED TO: _____
MICHAEL A. CRUZ,
CLERK OF COURT